BOWERS, Internal Revenue Collector, v. WEST VIRGINIA PULP & PAPER CO.*

(Circuit Court of Appeals, Second Circuit. February 4, 1924.)

No. 211.

Internal revenue ⬥4—Changes in treasury decisions do not change the law.

Changes in treasury decisions do not change the law, but merely announce a change in some official's opinion about the law.

In Error to the District Court of the United States for the Southern District of New York.

Action by the West Virginia Pulp & Paper Company against Frank K. Bowers, Collector of Internal Revenue for the Second District of New York, to recover taxes exacted by defendant under the Revenue Act of 1918 (40 Stat. 1057). Judgment for plaintiff (293 Fed. 144), and defendant brings error. Affirmed.

William Hayward, U. S. Atty., and Victor House, Sp. Asst. U. S. Atty., both of New York City (Nelson T. Hartson, Solicitor of Internal Revenue, and Chester A. Gwinn, Atty. for Treasury Department, both of Washington, D. C., of counsel), for plaintiff in error.

Stetson, Jennings & Russell, of New York City (John W. Davis, George E. Nelson, and Edward L. Patterson, all of New York City, of counsel), for defendant in error.

Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Remembering that changes in treasury decisions do not change the law, but merely announce a change in the opinion about the law of some official, we are of opinion that the decisions in Edwards v. Wabash Ry. (C. C. A.) 264 Fed. 610, Trumbull Steel Co. v. Routzhan (D. C.) 292 Fed. 1009, and American Laundry, etc., Co. v. Dean (D. C.) 292 Fed. 620, furnish sufficient reasons for affirming this judgment, with costs, without further discussion.

Judgment affirmed accordingly.